# Court of Appeals
# of the State of Georgia

ATLANTA,  March 19, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1117. GLENDA M. MARCUS v. SYLVESTER MARCUS, SR.**

Glenda M. Marcus and Sylvester Marcus, Sr. divorced in October 2018. On July 31, 2019, the trial court entered an order resolving several post-judgment motions filed by Glenda, who filed this direct appeal.[1] We lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Accordingly, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/19/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Glenda directed her appeal in the Supreme Court, which transferred the matter to this Court. See S20A0461, decided Dec. 23, 2019.